SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
IVETTE ZAMORA (State Bar No. 286243)
iz@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant CHEX SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHEX SYSTEMS, INC., and JPMORGAN CHASE BANK,<br><br>            Defendant. | Case No. 2:16-cv-466<br><br>[Formally Los Angeles Superior Court Case No. 15K14213]<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331**<br><br>Action Filed:   November 16, 2016 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Chex Systems, Inc. ("Chex Systems") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Los Angeles to the United States District Court, Central District of California. Chex Systems alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331 based upon federal question jurisdiction as follows:

31176.0104/6373601.1

1.     Chex Systems is named in the Complaint filed on November 16, 2015, by Plaintiff Jason Alan ("Plaintiff") in the Superior Court of the State of California, in the County of Los Angeles Case No. 15K14213, entitled *Jason Alan v. Chex Systems, Inc., and JPMorgan Chase Bank* (the "State Court Action").

2.     Chex Systems has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

3.     This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Chex Systems of a copy of the Complaint on December 22, 2015.

4.     Removal to the United States District Court for the Central District of California is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action.  28 U.S.C. § 1441(a).

5.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute:  (1) the Fair Credit Reporting Act – 15 U.S.C. § 1681 *et. seq.* – a federal statute.  Comp. ¶ 32-33.

6.     This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

7.     To the removing Defendant's knowledge, at this time the other Defendants in this action have not yet been served and/or have not yet made an appearance in this action.  The removing Defendant is not aware that any Defendant objects to removal of this action.

8.     As required by 28 U.S.C. § 1446(d), Chex Systems will provide written notice of the removal of this action to Plaintiff, and to the Los Angeles County Superior Court.

9.     Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate copies of all papers received as of January 21, 2016.

1    WHEREFORE, Chex Systems prays that the State Court Action be removed
2 from state court to this Court and that this Court assume jurisdiction over the action
3 and determine it on the merits.

4

5 DATED: January 21, 2016          Respectfully submitted,

6                                   SEVERSON & WERSON
7                                   A Professional Corporation

8

9
                                    By:  _____/s/ Ivette Zamora_____
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31176.0104/6373601.1                     3
                                                            NOTICE OF REMOVAL